Order entered January 29, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

## IN THE INTEREST OF: Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER

On December 4, 2014, we withdrew the opinion and vacated the judgment of October 9, 2014. On the Court's own motion, we **ORDER** this appeal reinstated as of this date.


/s/     CRAIG STODDART
          JUSTICE